# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| I.C., a minor, by and through his natural parent, NASIM CHAUDHRI, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>STOCKX, INC. and STOCKX LLC,<br><br>       Defendants. | Case No. 2:19-cv-12441-VAR-EAS<br><br>Hon. Victoria A. Roberts<br><br>Mag. Elizabeth A. Stafford |
| M.S., a minor, by and through his natural parent, SHULI SHAKARCHI, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>STOCKX, INC. and STOCKX LLC,<br><br>       Defendants. | Case No. 2:19-cv-12761-VAR-EAS<br><br>Hon. Victoria A. Roberts<br><br>Mag. Elizabeth A. Stafford |
| RICHARD HARRINGTON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>STOCKX, INC., and STOCKX LLC,<br><br>       Defendants. | Case No. 2:19-cv-13704-BAF-EAS<br><br>Hon. Victoria A. Roberts<br><br>Mag. Elizabeth A. Stafford |
| SEAN CASEY, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-10077-VAR-DRG |

| | |
|---|---|
| Plaintiff,<br>v.<br>STOCKX LLC,<br>Defendant. | Hon. Victoria A. Roberts<br>Mag. David R. Grand |

## STIPULATED ORDER CONSOLIDATING CASES PURSUANT TO FED. R. CIV. P. 42(a)

Defendants StockX, Inc. and StockX LLC (collectively, "Defendant" or "StockX"), jointly with each of the plaintiffs in the four actions identified below (collectively, hereinafter the "Actions"), by and through their undersigned counsel, hereby stipulate to consolidate these actions pursuant to Fed. R. Civ. P. 42(a).

1. *I.C., a minor, by and through his natural parent, Nasim Chaudhri v. StockX, Inc., et al.*, Case No. 2:19-cv-12441-VAR-EAS (E.D. Mich.) ("Chaudhri Action");

2. *M.S., a minor, by and through his natural parent, Shuli Shakarchi v. StockX, Inc. & StockX LLC*, Case No. 2:19-cv-12761-VAR-EAS (E.D. Mich.) ("Shakarchi Action");

3. *Richard Harrington, individually and on behalf of all others similarly situated v. StockX, Inc. & StockX LLC*, Case No. 2:19-cv-13704-BAF-EAS (E.D. Mich.) ("Harrington Action"); and

4. *Sean Casey, individually and on behalf of all others similarly situated v. StockX LLC*, Case No. 2:20-cv-10077-VAR-DRG (E.D. Mich.) ("Casey Action").

NOW, THEREFORE, based upon the stipulation of the Parties:

IT IS ORDERED that the Actions are consolidated for all purposes, including trial.

IT IS FURTHER ORDERED that Defendants' Motion to Consolidate (19-cv-12441, ECF No. 14) is granted.

IT IS FURTHER ORDERED that the parties shall use the case caption attached to this order as Exhibit A in future court filings and that all filings shall be made in the Chaudhri Action, 19-cv-12441.

IT IS FURTHER ORDERED that the Shakarchi Action, Case No. 19-cv-12761, Harrington Action, Case No. 19-cv-13704, and the Casey Action, Case No. 20-cv-10077 are hereby closed for administrative purposes.

Dated:  3/2/2020               s/ Victoria A. Roberts
                               Honorable Victoria A. Roberts
                               United States District Judge

**Stipulated to, this 20th day of February, 2020 by:**

| | |
|---|---|
| *s/ Sharon S. Almonrode* | *s/ Jeffrey M. Thomson* |
| E. Powell Miller | Jeffery M. Thomson |
| William Kalas | Jeffrey B. Morganroth |
| Sharon S. Almonrode | MORGANROTH & MORGANROTH, PLLC |
| THE MILLER LAW FIRM, P.C. | 344 North Old Woodward Ave. |
| 950 West University Drive | Suite 200 |
| Suite 300 | Birmingham, MI 48009 |
| Rochester, MI 48307 | Tel: 248.864.4000 |
| Tel: 248.841.2200 | jthomson@morganrothlaw.com |
| Fax: 248.652.2852 | jmorganroth@morganrothlaw.com |
| epm@millerlawpc.com | |
| wk@millerlawpc.com | Kari M. Rollins |
| ssa@millerlawpc.com | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 30 Rockefeller Plaza |
| Boyd A. Byers | New York, NY 10112 |
| FOULSTON SIEFKIN | Telephone: 212.634.3077 |
| 1551 N. Waterfront Parkway | Fax: 917.438.6173 |
| Suite 100 | krollins@sheppardmullin.com |
| Wichita, KS 67206 | |
| Tel: 316.267.6371 | David M. Poell |
| Fax: 316.267.6345 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| bbyers@foulston.com | 70 West Madison Street, 48th Floor |
| | Chicago, IL 60602 |
| *Counsel for Plaintiff, Nasim Chaudhri* | Telephone: 312.499.6300 |
| | Fax: 312.499.6301 |
| | dpoell@sheppardmullin.com |
| | |
| | *Counsel for StockX, Inc. and StockX LLC* |

<div style="column-count:2">

*s/ Daniel O. Herrera*
Daniel O. Herrera
Patrick E. Cafferty
CAFFERTY CLOBES
MERIWETHER & SPRENGEL
LLP
150 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.782.4880
Fax: 312.782.4485
dherrera@caffertyclobes.com
pcafferty@caffertyclobes.com

*Counsel for Plaintiff, Shuli Shakarchi*

*s/ Gary Klinger*
Andrew Shamis
SHAMIS AND GENTILE P.A.
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Tel: 305.479.2299
Fax: 786.623.0915
ashamis@shamisgentile.com

Gary Klinger
KOZONIS & KLINGER LTD.
4849 N. Milwaukee Avenue
Suite 300
Chicago, IL 60630
Tel: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com

*Counsel for Plaintiff, Sean Casey*

*s/ Gary Lynch*
Gary Lynch
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412.322.9243
Fax: 412.231.0246
glynch@carlsonlynch.com

Nick Suciu, III
BARBAT MANSOUR SUCIU &
TOMINA PLLC
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Tel: 313.303.3472
Fax: 248.698.8634
nicksuciu@bmslawyers.com

*Counsel for Plaintiff, Richard Harrington*

</div>

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)**

*In re StockX Customer
Data Security Breach
Litigation*

Case No. 2:19-cv-12441-VAR-EAS

Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

_____/