# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

*In re StockX Customer Data Security Breach Litigation*

Case No. 2:19-cv-12441-VAR-EAS

Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

_____/

## STIPULATED ORDER CONSOLIDATING CASE NO. 2:20-CV-11760 PURSUANT TO FED. R. CIV. P. 42(a)

Defendants StockX Inc. and StockX LLC (collectively, "StockX"), jointly with the Plaintiffs in these consolidated proceedings and Plaintiff Laura Esquer, by and through their undersigned counsel, hereby stipulate to consolidate the following action into Case No. 2:19-cv-12441-VAR-EAS, pursuant to Fed. R. Civ. P. 42(a):

1. *Laura Esquer v. StockX LLC*, Case No. 2:20-cv-11760-VAR-EAS (E.D. Mich.) ("Esquer Action").[1]

NOW, THEREFORE, based upon the stipulation of the Parties:

IT IS ORDERED that the Esquer Action is consolidated with *In re StockX Customer Data Security Breach Litigation*, Case No. 2:19-cv-12441-VAR-EAS, for all purposes, including trial.

---

[1] On June 30, 2020, the Esquer Action was transferred from the Northern District of California to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a).

-2-

IT IS FURTHER ORDERED that the Esquer Action, Case No. 2:20-cv-11760-VAR-EAS, is hereby closed for administrative purposes.

Dated:  8/17, 2020                           s/ Victoria A. Roberts
                                             Honorable Victoria A. Roberts
                                             United States District Judge

**Stipulated to, this 27th day of July, 2020 by:**

*s/ Sharon S. Almonrode*
E. Powell Miller
William Kalas
Sharon S. Almonrode
Melvin B. Hollowell
THE MILLER LAW FIRM, P.C.
950 West University Drive
Suite 300
Rochester, MI 48307
Tel: 248.841.2200
Fax: 248.652.2852
epm@millerlawpc.com
wk@millerlawpc.com
ssa@millerlawpc.com
mbh@millerlawpc.com

*Interim Lead Counsel for Plaintiffs and the Putative Class*

*s/ Benjamin Heikali*
Daniel O. Herrera
Patrick E. Cafferty
FARUQI & FARUQI, LLP
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Tel: 424.256.2884
Fax: 424.256.2885
bheikali@faruqilaw.com

*Counsel for Plaintiff,
Laura Esquer*

*s/ David M. Poell*
Jeffery M. Thomson
Jeffrey B. Morganroth
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Ave.
Suite 200
Birmingham, MI 48009
Tel: 248.864.4000
jthomson@morganrothlaw.com
jmorganroth@morganrothlaw.com

Kari M. Rollins
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.634.3077
Fax: 917.438.6173
krollins@sheppardmullin.com

David M. Poell
SHEPPARD MULLIN RICHTER & HAMPTON LLP
70 West Madison Street, 48th Floor
Chicago, IL 60602
Telephone: 312.499.6300
Fax: 312.499.6301
dpoell@sheppardmullin.com

*Counsel for StockX Inc. and StockX LLC*