# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

*In re StockX Customer Data Security Breach Litigation*

Case No. 2:19-cv-12441-VAR-EAS

Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

_____/

**STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS (ECF No. 30)**

Defendants StockX, Inc. and StockX LLC (collectively, "Defendant" or "StockX"), jointly with Plaintiffs I.C., a minor by and through his natural parent, Nasim Chaudhri, M.S., a minor by and through his natural parent Shuli Shakarchi, Adam Foote, Anthony Giampetro, Kwadwo Kissi, Richard Harrington, Johnny Sacasas, Chad Bolling, and Laura Esquer, individually and on behalf of a class of similarly situated persons (collectively, "Plaintiffs"), through their undersigned counsel stipulate as follows:

The current deadline for StockX to file its Reply Brief in support of its pending Motion to Dismiss (ECF No. 30) is September 9, 2020. *See* E.D. Mich. L.R. 7.1(e)(1)(C) ("[A] reply brief supporting a dispositive motion must be filed within 14 days after service of the response …."). StockX has requested, and Plaintiffs

have agreed to provide StockX with, an extension of time for StockX to file its Reply Brief by twenty-one (21) days to September 30, 2020.

Based up the stipulation of the Parties:

StockX must file its Reply Brief in support of its pending Motion to Dismiss (ECF No. 30) no later than September 30, 2020.

**ORDERED**.

Dated: 9/4/2020                    s/ Victoria A. Roberts
                                   Honorable Victoria A. Roberts
                                   United States District Judge

**Stipulated to, this 4th day of September, 2020 by:**

| | |
|---|---|
| *s/ William Kalas* | *s/ Jeffrey M. Thomson* |
| E. Powell Miller | Jeffery M. Thomson |
| William Kalas | Jeffrey B. Morganroth |
| Sharon S. Almonrode | MORGANROTH & MORGANROTH, PLLC |
| THE MILLER LAW FIRM, P.C. | 344 North Old Woodward Ave. |
| 950 West University Drive | Suite 200 |
| Suite 300 | Birmingham, MI 48009 |
| Rochester, MI 48307 | Tel: 248.864.4000 |
| Tel: 248.841.2200 | jthomson@morganrothlaw.com |
| Fax: 248.652.2852 | jmorganroth@morganrothlaw.com |
| epm@millerlawpc.com | |
| wk@millerlawpc.com | Kari M. Rollins |
| ssa@millerlawpc.com | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| *Interim Lead Counsel for Plaintiffs* | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| | Telephone: 212.634.3077 |
| | Fax: 917.438.6173 |
| | krollins@sheppardmullin.com |
| | |
| | David M. Poell |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 70 West Madison Street, 48th Floor |
| | Chicago, IL 60602 |
| | Telephone: 312.499.6300 |
| | Fax: 312.499.6301 |
| | dpoell@sheppardmullin.com |
| | |
| | *Counsel for StockX, Inc. and StockX LLC* |