# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

*In re StockX Customer Data Security Breach Litigation*

Case No. 2:19-cv-12441-VAR-EAS

Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

_____/

## NOTICE OF SETTLEMENT OF LAURA ESQUER ACTION

Defendant StockX LLC ("StockX"), jointly with Plaintiff Laura Esquer ("Esquer") (collectively, the "Parties"), by and through their undersigned counsel, hereby inform this Court that the Parties have settled the action in these consolidated proceedings that has been captioned as Laura Esquer v. StockX LLC (the "Esquer Action"). The Parties' settlement resolves the Esquer Action on an individual, non-class basis.[1]

The Parties have executed a written settlement agreement, and Plaintiff will voluntarily dismiss her action against StockX within the next thirty (30) days. The Parties respectfully request that the Court strike all pending dates and deadlines relating to the Esquer Action.

---

[1] The Parties' settlement of the Esquer Action does not affect the claims of any other named Plaintiff in these consolidated proceedings. The remaining Plaintiffs' appeal of this Court's December 23, 2020, Order granting StockX's motion to dismiss and compel arbitration (Dkt. No. 42) is still pending before the Sixth Circuit.

Dated: November 4, 2021

| | |
|---|---|
| *s/ Benjamin Heikali* | *s/ David M. Poell* |
| Benjamin Heikali | David M. Poell |
| FARUQI & FARUQI, LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 10866 Wilshire Blvd., Suite 1470 | 70 West Madison Street, 48th Floor |
| Los Angeles, CA 90024 | Chicago, IL 60602 |
| Tel: 424.256.2884 | Telephone: 312.499.6300 |
| Fax: 424.256.2885 | Fax: 312.499.6301 |
| bheikali@faruqilaw.com | dpoell@sheppardmullin.com |
| | |
| Timothy J. Peter | Kari M. Rollins |
| FARUQI & FARUQI, LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 1617 John F. Kennedy Boulevard Suite 1550 | 30 Rockefeller Plaza |
| Philadelphia, PA 19103 | New York, NY 10112 |
| Tel: 215.277.5770 | Telephone: 212.634.3077 |
| Fax: 215.277.5771 | Fax: 917.438.6173 |
| tpeter@faruquilaw.com | krollins@sheppardmullin.com |
| | |
| Derek Thomas Howard | Jeffery M. Thomson |
| THE HOWARD LAW FIRM PLC | Jeffrey B. Morganroth |
| 838 W. Long Lake Road, Suite 100 | MORGANROTH & MORGANROTH, PLLC |
| Bloomfield Hills, MI 48302 | 344 North Old Woodward Ave. Suite 200 |
| Tel: 248.237.7300 | Birmingham, MI 48009 |
| derek@howardfirmplc.com | Tel: 248.864.4000 |
| | jthomson@morganrothlaw.com |
| | jmorganroth@morganrothlaw.com |
| *Counsel for Plaintiff Laura Esquer* | |
| | *Counsel for Defendant StockX LLC* |

## **CERTIFICATE OF SERVICE**

I, David Poell, an attorney, hereby certify that on November 4, 2021, I filed the foregoing document using this Court's CM/ECF electronic filing service, which effects service upon all counsel of record in this matter. Plaintiff's counsel consents to this filing.

> */s/ David M. Poell*
> David M. Poell
> *Counsel for Defendant, StockX LLC*