UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

I.C. a Minor, by and through
His natural parent, Nasim Chaundri,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

STOCKX, LLC, et al.,

_____/

Case No. 19-12441
Honorable Victoria A. Roberts

## ORDER OF DISMISSAL

On December 1, 2021, the Court entered a Stipulation and Order of Dismissal dismissing the Esquer claim. The Esquer claim was the last remaining claim pending in this case. Accordingly, the case is closed.

**ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 1/5/2022